BARTON v. BARTON

No. 507P91

Case below: 104 N.C.App. 310

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 January 1992.

CENTURY 21 v. DAVIS

No. 464P91

Case below: 104 N.C.App. 119

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 9 January 1992.

CORRELL v. DIVISION OF SOCIAL SERVICES

No. 406PA91

Case below: 103 N.C.App. 562

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 9 January 1992.

DOYLE v. SOUTHEASTERN GLASS LAMINATES

No. 535A91

Case below: 104 N.C.App. 326

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 9 January 1992.

FERRELL v. DEPT. OF TRANSPORTATION

No. 452A91

Case below: 104 N.C.App. 42

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 9 January 1992.